IN THE UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RAUL CARBAJAL** and **JUANA CARBAJAL**, | ) | Case No. 2:11-bk-06987-EPB |
| | ) | |
| Debtors-in-Possession. | ) | **ORDER APPROVING STIPULATION TO RESOLVE RESPONSE OF U.S. BANK TRUST N.A. TO DEBTORS' MOTION FOR ENTRY OF FINAL DECREE AND REQUEST FOR DISCHARGE** |
| | ) | |

This matter comes before the Court pursuant to the Stipulation to Resolve Response of U.S. Bank Trust N.A. to Debtors' Motion for Entry of Final Decree and Request for Discharge ("Stipulation") between Raul Carbajal and Juana Carbajal ("Debtors") and U.S. Bank Trust N.A. ("Creditor") and good cause appearing;

IT IS HEREBY ORDERED approving the Stipulation attached hereto as Exhibit "A," which is incorporated herein by reference.

AS SIGNED AND DATED ABOVE

# EXHIBIT A

Jonathan B. Frutkin (#025993)
Carolyn R. Tatkin (#010437)
**RADIX LAW, PLC**
15205 N. Kierland Blvd.
Suite 200
Scottsdale, AZ 85254
jfrutkin@radixlaw.com
tatkin@radixlaw.com
(602) 606-9300

Attorney for Debtors-in-Possession:
Raul Carbajal and Juana Carbajal

IN THE UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| RAUL CARBAJAL and JUANA CARBAJAL, | Case No. 2:11-bk-06987-EPB |
| Debtors-in-Possession. | STIPULATION TO RESOLVE RESPONSE OF U.S. BANK TRUST N.A. TO DEBTORS' MOTION FOR ENTRY OF FINAL DECREE AND REQUEST FOR DISCHARGE |

Raul Carbajal and Juana Carbajal ("Debtors") and U.S. Bank Trust N.A. ("Creditor"), through undersigned counsel, stipulate to resolve the Response of U.S. Bank Trust N.A. to Debtors' Motion for Entry of Final Decree and Request for Discharge as follows:

1

1198980.1

1. Creditor filed a Response to Debtors' Motion for Entry of Final Decree and Request for Discharge. It holds the first position deed of trust on Debtors' primary residence located at 1408 W. Restin Court, Desert Hills, AZ 85086 (the "Property"). *See*, Proof of Claim 12-1.

2. While Creditor does not oppose the entry of Debtors' discharge, it conditioned that position on Debtors' agreement that Creditors' rights as first position lienholder on Debtors' primary residence are preserved and not adversely affected by the discharge.

3. During the Chapter 11 case, Debtors struggled to remain current on post-petition mortgage payments. Consequently, the automatic stay was terminated on April 6, 2020 as it applied to the enforcement of the Creditor's rights in the Property. (Dkt No 144).

4. Creditor and the Debtors acknowledge and agree that upon discharge, although any personal liability of Debtors is discharged, the Creditor will continue to be free to take whatever valid legal action it deems necessary to enforce its rights under its note and deed of trust, including any future modifications thereto.

DATED this 19th day of May, 2021.

RADIX LAW, PLC

By: *Carolyn Tatkin*
Carolyn R. Tatkin (#010437)
Attorneys for Debtors

ANDERSON VELA, LLP

By: _____
Richard E. Anderson (#031889)
Attorney for U.S. Bank Trust NA as Trustee of the Tiki Series III Trust

2

1198980.1